IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSHUA WILLIAM JACKSON,** | § | |
| Petitioner, | § § § | |
| v. | § | Civil Action No. **3:20-CV-3004-L-BH** |
| **UNITED STATES OF AMERICA,** | § § § | |
| Respondent. | § § | |

# ORDER

Before the court is Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 7), which was docketed on October 29, 2020. On February 2, 2021, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 10) was entered, recommending that the court deny the motion because Petitioner's certificate of trust account shows that he has sufficient funds to pay the filing fee. No objections to the Report were received as of the date of this order, and the deadline for filing objections has expired.

Having considered the motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, Defendant's Motion for Leave to Proceed In Forma Pauperis (Doc. 7) is **denied** for the reasons stated by the magistrate judge. Petitioner shall pay the full filing fee by **August 16, 2021**. *Failure to do so will result in dismissal without prejudice of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order.*

**It is so ordered** this 16th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**Order – Solo Page**